UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FAYE BRETZ

    Plaintiff,                                            CASE NO.: 2:21-10557

v.

MIDLAND CREDIT MANAGEMENT,
INC.

    Defendant.
_____/

## STIPULATED ORDER OF VOLUNTARY DISMISSAL WITH PREJUDICE

Having been advised by the stipulation of the parties below, it is ordered that the claims against are dismissed with prejudice and without costs, attorney fees or sanctions to any party. The court retains jurisdiction only for purposes of enforcing the settlement in this matter.

    **So ordered**.

                                                    s/ Victoria A. Roberts
                                                    Honorable Victoria A. Roberts
                                                    United States District Court Judge

Dated: 4/13/2021

Stipulated By:

                                                    */s/Ian B. Lyngklip (P47173)*
                                                    Ian B. Lyngklip
                                                    Lyngklip & Associates Consumer Law, PLC
                                                    Attorney for Plaintiff
                                                    13751 W. 11 Mile Road

Oak Park, MI 48237
(248) 208 8864
Ian@ConsumerLawyers.com

*/s/ Theodore W. Seitz*
Theodore W. Seitz
Dykema Gosset, PLLC
201 Townsend St,
Lansing, MI 48933
Phone: (517) 374-9149
tseitz@dykema.com,